**Form 154A**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

7

In re:                                                                    Bankruptcy Case No.: 19−10094−TPA

                                                                                Chapter: 13

**Michael J. Colello**
    Debtor(s)

**NOTICE TO FILE PROOF OF CLAIM**

NOTICE IS GIVEN THAT:

    Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **April 15, 2019**.

    Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

    The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

    There is no fee for filing the proof of claim.

    **Any creditor who has filed a proof of claim already need not file another proof of claim.**

    Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                           Michael R. Rhodes
    U.S. Bankruptcy Court                                                   *Clerk, U.S. Bankruptcy Court*
    c/o CLAIMS CLERK
    5414 U.S Steel Tower
    600 Grant Street
    Pittsburgh, PA 15219

Dated: 2/4/19

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-10094-TPA
Michael J. Colello                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: admin              Page 1 of 2              Date Rcvd: Feb 04, 2019
                               Form ID: 154A           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2019.
```
db            +Michael J. Colello,    3020 Maplewood Drive,    Sharpsville, PA 16150-9252
14989011       American Express,    P.O. Box 360001,    Ft. Lauderdale, FL 33336-0001
14989016      ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
              (address filed with court: Chrysler Financial,    P.O. Box 9001921,    Louisville, KY 40290-1921)
14989017      ++CITIBANK,   PO BOX 6043,    SIOUX FALLS SD 57117-6043
              (address filed with court: Citi,    P.O. Box 183041,    Columbus, OH 43218-3041)
14989014       Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
14989015      +Chase Card,    201 N. Walnut St/DE1-1027,    Wilmington, DE 19801-2901
14989052      +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14989018       Credit Acceptance Corporation,    P.O. Box 5070,    Southfield, MI 48086-5070
14989023       First Premier Bank,    P.O. box 5147,    Sioux Falls, SD 57117-5147
14989025      +National Debt Relief,    11 Broadway STE 1600,    New York, NY 10004-1462
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14989012      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 05 2019 03:05:05     Capital One,
               P.O. Box 30281,    Salt Lake City, UT 84130-0281
14989013       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 05 2019 03:05:05
               Capital One Bank (USA) NA,    P.O. Box 6492,    Carol Stream, IL 60197-6492
14989019       E-mail/PDF: creditonebknotifications@resurgent.com Feb 05 2019 03:04:04     Credit One Bank,
               P.O. Box 60500,    City Of Industry, CA 91716-0500
14989020       E-mail/Text: mrdiscen@discover.com Feb 05 2019 02:58:56     Discover,   P.O. Box 15251,
               Wilmington, DE 19886-5251
14989021       E-mail/Text: mrdiscen@discover.com Feb 05 2019 02:58:56     Discover Bank,    PO Box 15316,
               ATT:CMS/PROD DEVELOP,    Wilmington, DE 19850-5316
14989022       E-mail/Text: bnc-bluestem@quantum3group.com Feb 05 2019 03:00:12     Fingerhut,    P.O. Box 166,
               Newark, NJ 07101-0166
14989024       E-mail/PDF: gecsedi@recoverycorp.com Feb 05 2019 03:03:54     JC Penney,    Bankruptcy Dept.,
               P.O. Box 533,    Dallas, TX 75221
14989026       E-mail/PDF: cbp@onemainfinancial.com Feb 05 2019 03:03:53     One Main Financial,
               Bankruptcy Dept.,    PO Box 140489,    Irving, TX 75014-0489
14989027       E-mail/PDF: cbp@onemainfinancial.com Feb 05 2019 03:03:54     One Main Financial,
               12 Pine Grove Square,    Grove City, PA 16127
14989028       E-mail/Text: bankruptcyteam@quickenloans.com Feb 05 2019 03:00:05     Quicken Loans,
               1050 Woodward Ave.,    Detroit, MI 48226-1906
14989029      +E-mail/PDF: gecsedi@recoverycorp.com Feb 05 2019 03:03:54     SYNB/Lowes,    PO Box 965005,
               Orlando, FL 32896-5005
14989030      +E-mail/PDF: gecsedi@recoverycorp.com Feb 05 2019 03:03:55     SYNCB/Amazon,    PO Box 965015,
               Orlando, FL 32896-5015
14989031       E-mail/PDF: gecsedi@recoverycorp.com Feb 05 2019 03:03:55     SYNCB/Home Design,
               PO Box 965036,    Orlando, FL 32896-5036
14989032       E-mail/PDF: gecsedi@recoverycorp.com Feb 05 2019 03:03:54     Walmart/Synchrony Bank,
               PO Box 530927,    Atlanta, GA 30353-0927
                                                                                              TOTAL: 14
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0315-1           User: admin                Page 2 of 2                    Date Rcvd: Feb 04, 2019
                               Form ID: 154A              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2019 at the address(es) listed below:
              David J. Graban    on behalf of Debtor Michael J. Colello graban@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 3
```