| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Michael J. Colello** | Social Security number or ITIN | **xxx–xx–0101** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter 13 | 2/3/19 |
| Case number: | 19–10094–TPA | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Michael J. Colello | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3020 Maplewood Drive<br>Sharpsville, PA 16150 | |
| 4. | **Debtor's attorney**<br>Name and address | David J. Graban<br>5569 East State Street<br>Hermitage, PA 16148 | Contact phone 724–981–0620<br><br>Email: graban@verizon.net |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 2/6/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 12, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/13/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/15/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/2/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**3/12/19** at **10:00 AM** , Location: **Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 19-10094-TPA
Michael J. Colello                                                  Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-1          User: culy              Page 1 of 2                  Date Rcvd: Feb 06, 2019
                              Form ID: 309I           Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2019.
db            +Michael J. Colello,    3020 Maplewood Drive,     Sharpsville, PA 16150-9252
tr            +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,     Pittsburgh, PA 15219-2702
14989017     ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
              (address filed with court: Citi,     P.O. Box 183041,     Columbus, OH 43218-3041)
14989052      +Credit Acceptance,    25505 West Twelve Mile Rd,     Suite 3000,    Southfield MI 48034-8331
14989018       Credit Acceptance Corporation,     P.O. Box 5070,    Southfield, MI 48086-5070
14989025      +National Debt Relief,    11 Broadway STE 1600,     New York, NY 10004-1462

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: graban@verizon.net Feb 07 2019 02:52:31      David J. Graban,
                 5569 East State Street,    Hermitage, PA   16148
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 07 2019 02:52:59      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
ust           +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Feb 07 2019 02:53:19
                 Office of the United States Trustee,    Liberty Center.,     1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14989011       EDI: AMEREXPR.Feb 07 2019 07:43:00      American Express,    P.O. Box 360001,
                 Ft. Lauderdale, FL 33336-0001
14989016       EDI: CHRYSLER.COM Feb 07 2019 07:43:00      Chrysler Financial,    P.O. Box 9001921,
                 Louisville, KY 40290-1921
14989012      +EDI: CAPITALONE.COM Feb 07 2019 07:43:00      Capital One,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
14989013       EDI: CAPITALONE.COM Feb 07 2019 07:43:00      Capital One Bank (USA) NA,     P.O. Box 6492,
                 Carol Stream, IL 60197-6492
14989014       EDI: CHASE.COM Feb 07 2019 07:43:00      Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
14989015      +EDI: CHASE.COM Feb 07 2019 07:43:00      Chase Card,    201 N. Walnut St/DE1-1027,
                 Wilmington, DE 19801-2901
14989019       EDI: RCSFNBMARIN.COM Feb 07 2019 07:43:00      Credit One Bank,    P.O. Box 60500,
                 City Of Industry, CA 91716-0500
14989020       EDI: DISCOVER.COM Feb 07 2019 07:43:00      Discover,    P.O. Box 15251,
                 Wilmington, DE 19886-5251
14989021       EDI: DISCOVER.COM Feb 07 2019 07:43:00      Discover Bank,    PO Box 15316,
                 ATT:CMS/PROD DEVELOP,    Wilmington, DE 19850-5316
14989022       EDI: BLUESTEM Feb 07 2019 07:43:00      Fingerhut,    P.O. Box 166,    Newark, NJ 07101-0166
14989023       EDI: AMINFOFP.COM Feb 07 2019 07:43:00      First Premier Bank,    P.O. box 5147,
                 Sioux Falls, SD 57117-5147
14989024       EDI: RMSC.COM Feb 07 2019 07:43:00      JC Penney,    Bankruptcy Dept.,    P.O. Box 533,
                 Dallas, TX 75221
14989026       EDI: AGFINANCE.COM Feb 07 2019 07:43:00      One Main Financial,    Bankruptcy Dept.,
                 PO Box 140489,    Irving, TX 75014-0489
14989027       EDI: AGFINANCE.COM Feb 07 2019 07:43:00      One Main Financial,    12 Pine Grove Square,
                 Grove City, PA 16127
14989181      +EDI: PRA.COM Feb 07 2019 07:43:00      PRA Receivables Management, LLC,     PO Box 41021,
                 Norfolk, VA 23541-1021
14989028       E-mail/Text: bankruptcyteam@quickenloans.com Feb 07 2019 02:53:36      Quicken Loans,
                 1050 Woodward Ave.,    Detroit, MI 48226-1906
14989029      +EDI: RMSC.COM Feb 07 2019 07:43:00      SYNB/Lowes,    PO Box 965005,    Orlando, FL 32896-5005
14989030      +EDI: RMSC.COM Feb 07 2019 07:43:00      SYNCB/Amazon,    PO Box 965015,    Orlando, FL 32896-5015
14989031       EDI: RMSC.COM Feb 07 2019 07:43:00      SYNCB/Home Design,    PO Box 965036,
                 Orlando, FL 32896-5036
14989032       EDI: RMSC.COM Feb 07 2019 07:43:00      Walmart/Synchrony Bank,    PO Box 530927,
                 Atlanta, GA 30353-0927
                                                                                              TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-1           User: culy                  Page 2 of 2             Date Rcvd: Feb 06, 2019
                               Form ID: 309I               Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2019 at the address(es) listed below:
              David J. Graban    on behalf of Debtor Michael J. Colello graban@verizon.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 3
```