UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | :   Case No. 19-10094 |
| Michael J. Colello. | : |
| Debtor(s) | : |
| | : |
| Michael J. Colello | :   Chapter 13 |
| | : |
| Movant(s), | : |
| | : |
| vs. | : |
| Dalko Resources, Inc. | : |
| Respondent | : |

## CERTIFICATE OF SERVICE FOR ORDER DATED 02/15/2019

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 17, 2019.

The type(s) of service made on the parties was first class mail and email.
Executed on: 2/17/2019

Michael J. Colello  
3020 Maplewood Drive  
Sharpsville, PA 16150

Dalko Resources, Inc.  
PO Box 98  
99 Canal Street  
Sharpsville, PA 16150

Ronda J. Winnecour  
Chapter 13 Trustee, W.D. Pa.  
cmecf@chapter13trusteewdpa.com

U.S. Bankruptcy Trustee  
ustpregion03.pi.ecf@usdoj.gov

 

/s/ David J. Graban  
David J. Graban  
5569 East State Street  
Hermitage, PA 16148  
724-981-0620  
PA ID 18136