Certificate Number: 15317-PAW-DE-032780863

Bankruptcy Case Number: 19-10094



15317-PAW-DE-032780863

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 7, 2019</u>, at <u>6:03</u> o'clock <u>AM PDT</u>, <u>Michael J Colello</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>May 7, 2019</u>                By:   <u>/s/Janice Morla</u>

                                        Name: <u>Janice Morla</u>

                                        Title:  <u>Counselor</u>