FILED
6/7/19 4:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

Debtor(s):   Michael J. Colello

Case Number:   19-10094-TPA   (Chapter 13)
Date / Time / Room:   06/04/2019 11:00 am /Bankruptcy Courtroom
Hearing Officer:   CHAPTER 13 TRUSTEE

### *Matter:*   # Amended Plan dated (N)

### *Appearances:*

Debtor:   Graban

Trustee:   Winnecour / Katz / (Pail) DeSimone

Creditor:

### *Proceedings:*

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____
7. _____ Plan/Motion continued to _____
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by 6/21/19
   Objections are due on or before 7/12/19
   A hearing on the Amended is set for 8/16/19 at 11:00.
9. _____ Other:

### For Judge Agresti cases:

Student Loan Debt:  If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment:

_____
_____