IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: **Michael J. Colello** | Bankruptcy No. **19-10094** |
| Debtor | Chapter **13** |
| **Michael J. Colello** | Related to Document No. |
| Movant | |
| v. | |
| No Respondent | |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**David J. Graban**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

Santander Consumer USA, Attn: Bankruptcy Department, PO Box 560284, Dallas, TX75356-0284

Quicken Loans, 1050 Woodward Ave., Detroit, MI 48226-1906

By: **/s/ David J. Graban**
 Signature
 **David J. Graban**
 Typed Name
 **5569 East State Street**
 **Hermitage, PA 16148**
 Address
 **724-981-0620 Fax:724-981-2965**
 Phone No.
 **18136 PA**
 List Bar I.D. and State of Admission