UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 19-10094 |
| Michael Colello | : | |
| | : | |
| Debtor(s) | : | |
| | : | |
| Michael Colello | : | Chapter 13 |
| | : | |
| Movant(s), | : | |
| | : | |
| vs. | : | |
| American Express | : | |
| Capital One | : | |
| Capital One Bank(USA)NA | : | |
| Chase | : | |
| et al | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE FOR AMENDED PLAN DATED JUNE 16, 2019
AND ORDER DATED JUNE 7, 2019**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 16, 2019.

The type(s) of service made on the parties was first class mail and email.
Executed on: 06/18/19

Michael J. Colello
3020 Maplewood Drive
Sharpsville, PA 16150

American Express
PO Box 36001
Ft. Lauderdale, FL 33336-0001

American Express National Bank
c/o Becker and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Capital One Bank(USA) NA
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One
PO Box 30281
Salt Lake City, UT 84130

Capital One Bank (USA) NA
PO Box 6492
Carol Stream. IL 60197-6492

Chase
PO Box 15153
Wilmington, DE 19886-5153

Chase Card
201 N. Walnut St./DE1-1027
Wilmington, DE 19801

Chrysler Capital
PO Box 961275
Fort Worth, TX 76161

Chrysler Financial
PO Box 9001921
Louisville, KY 40290-1921

Chase Bank USA, NA
c/o Robertson, Anschutz & Schneid
6409 Congress Ave. Suite 100
Boca Raton, FL 33487

Citi
PO Box 183041
Columbus, OH 43218-3041

Credit Acceptance Corporation
PO Box 5070
Southfield, MI 48086-5070

Credit One Bank
PO Box 60500
City of Industry, CA 91716-0500

Credit Acceptance
25505 West Twelve Mile Rd.
Suite 3000
Southfield, MI 4834

Discover Bank
PO Box 15316
ATT:CMS/PROD DEVELOP
Wilmington, DE 19850-5316

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Discover
PO Box 15251
Wilmington, DE 19886-5251

Fingerhut
PO Box 166
Newark, NJ 07101-0166

First Premier Bank
PO Box 5147
Sioux Falls, SD 57117-5147

JC Penney
Bankruptcy Dept.
PO Box 533
Dallas, TX 75221

Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302-9617

Midland Funding LLC
PO Box 2011
Warren, MI 48090

National Debt Relief
11 Broadway STE 1600
New York, NY 10004

One Main Financial
Bankruptcy Dept.
PO Box 140489
Irving, TX 75014-0489

One Main Financial
12 Pine Grove Square
Grove City, PA 16127

One Main
PO Box 3251
Evansville, IN 47731

Portfolio Recovery Assoc.
POB 129154
Norfolk, VA 23541

Premier Bankcard
Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302-9617

Quantum3 Group LLC as agent
JHPDE Finance 1 LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
GPCC I LLC
PO Box 788
Kirkland, WA 98083-0788

Quicken Loans
635 Woodward Avenue
Detroit, MI 48226

Quicken Loans
1050 Woodward Ave.
Detroit, MI 48226-1906

Santander Consumer USA
Attn: Bankruptcy Dept.
PO Box 560284
Dallas, TX 75356-0284

SYNB/Lowes
PO Box 965005
Orlando, FL 32896

SYNCB/Amazon
PO Box 965015
Orlando, FL 32896

SYNCB/Home Design
PO Box 965036
32896-5036

SYNCHRONY BANK
c/o Weinstein & Riley, PS
2001 Western Ave.., Ste 400
Seattle,WA 98121

UPMC Health Services
PO Box 1123
Minneapolis, MN 55440-1123

UPMC Physician Services
PO Box 1123
Minneapolis, MN 55440-1123

Walmart
PO Box 530927
Atlanta, GA 30353-0927

Ronda Winnecour, Trustee,  cmecf@chapter13trusteewdpa.com

Office of the U.S. Trustee,    ustpregion03.pi.ecf@usdoj.gov

/s/ David J. Graban
David J. Graban
5569 East State Street
Hermitage, PA 16148
724-981-0620
PA ID 18136