UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Case No. 19-10094 |
| Michael J. Colello. : | : |
| Debtor(s) : | |
| : | |
| Michael J. Colello : | Chapter 13 |
| : | |
| Movant(s), : | |
| : | |
| vs. : | |
| Quicken Loans : | |
| Santander Consumer USA : | |
| Respondent : | |

## CERTIFICATE OF SERVICE FOR ORDER DATED JUNE 17, 2019, AMENDED SCHEDULE D, AND 341 MEETING OF CREDITORS NOTICE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 18, 2019.

The type(s) of service made on the parties was first class mail and email.
Executed on: 6/18/2019

Michael J. Colello
3020 Maplewood Drive
Sharpsville, PA 16150

Quicken Loans
1050 Woodward Ave.
Detroit, MI 48226-1906

Santander Consumer USA
Attn: Bankruptcy Department
PO Box 560284
Dallas, TX 75356-0284

Ronda J. Winnecour
Chapter 13 Trustee, W.D. Pa.
cmecf@chapter13trusteewdpa.com

U.S. Bankruptcy Trustee
ustpregion03.pi.ecf@usdoj.gov

/s/ David J. Graban
David J. Graban
5569 East State Street
Hermitage, PA 16148
724-981-0620
PA ID 18136