FILED
8/16/19 12:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                          "N"

MICHAEL J. COLELLO           :        Case No. 19-10094 TPA
                             :        Chapter 13
            *Debtor*         :
                             :
                             :
                             :        Related to Document No. 44

## ORDER

AND NOW, this **16th** day of **August, 2019,** it appearing that the **Order Confirming Chapter 13 Plan** dated August 7, 2019 having listed a past conciliation date and time in the caption,

It is **ORDERED, ADJUDGED and DECREED** that the *Order Confirming Plan* is **VACATED** and will be reissued by separate order.

Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                      Case No. 19-10094-TPA
Michael J. Colello                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: llea          Page 1 of 2          Date Rcvd: Aug 16, 2019
                             Form ID: pdf900      Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2019.
db          +Michael J. Colello,   3020 Maplewood Drive,   Sharpsville, PA 16150-9252
cr          +Santander Consumer USA Inc., d/b/a Chrysler Capita,   P.O. Box 961275,
              Fort Worth, TX 76161-0275
15005379     American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
              Malvern PA 19355-0701
14989016    ++CHRYSLER FINANCIAL,   27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,   P.O. Box 9001921,   Louisville, KY 40290-1921)
14989017    ++CITIBANK,   PO BOX 6043,   SIOUX FALLS SD 57117-6043
             (address filed with court: Citi,   P.O. Box 183041,   Columbus, OH 43218-3041)
14989014     Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
15025434    +Chase Bank USA, N.A.,   c/o Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
14989015    +Chase Card,   201 N. Walnut St/DE1-1027,   Wilmington, DE 19801-2901
14996497    +Chrysler Capital,   PO Box 961275,   Fort Worth, TX 76161-0275
14989052    +Credit Acceptance,   25505 West Twelve Mile Rd,   Suite 3000,   Southfield MI 48034-8331
14989018     Credit Acceptance Corporation,   P.O. Box 5070,   Southfield, MI 48086-5070
14989023     First Premier Bank,   P.O. box 5147,   Sioux Falls, SD 57117-5147
14989025    #+National Debt Relief,   11 Broadway STE 1600,   New York, NY 10004-1462
15071321     Santander Consumer USA,   Attn: Bankruptcy Department,   PO Box 560284,   Dallas, TX 75356-0284
15026805     UPMC Health Services,   PO Box 1123,   Minneapolis MN 55440-1123
15026766     UPMC Physician Services,   PO Box 1123,   Minneapolis MN 55440-1123


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14989012    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 17 2019 02:22:49     Capital One,
              P.O. Box 30281,   Salt Lake City, UT 84130-0281
14989013     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 17 2019 02:24:24
              Capital One Bank (USA) NA,   P.O. Box 6492,   Carol Stream, IL 60197-6492
14998628     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 17 2019 02:24:22
              Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
              Charlotte, NC  28272-1083
14989019     E-mail/PDF: creditonebknotifications@resurgent.com Aug 17 2019 02:23:35     Credit One Bank,
              P.O. Box 60500,   City Of Industry, CA 91716-0500
14989020     E-mail/Text: mrdiscen@discover.com Aug 17 2019 02:28:17     Discover,   P.O. Box 15251,
              Wilmington, DE 19886-5251
14989021     E-mail/Text: mrdiscen@discover.com Aug 17 2019 02:28:17     Discover Bank,   PO Box 15316,
              ATT:CMS/PROD DEVELOP,   Wilmington, DE 19850-5316
14991200     E-mail/Text: mrdiscen@discover.com Aug 17 2019 02:28:17     Discover Bank,
              Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14989022     E-mail/Text: bnc-bluestem@quantum3group.com Aug 17 2019 02:28:46     Fingerhut,   P.O. Box 166,
              Newark, NJ 07101-0166
14989024     E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2019 02:24:21     JC Penney,   Bankruptcy Dept.,
              P.O. Box 533,   Dallas, TX 75221
15006198     E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 17 2019 02:28:43      Jefferson Capital Systems LLC,
              Po Box 7999,   Saint Cloud Mn 56302-9617
15012617    +E-mail/Text: bankruptcydpt@mcmcg.com Aug 17 2019 02:28:32     MIDLAND FUNDING LLC,
              PO Box 2011,   Warren, MI 48090-2011
14989026     E-mail/PDF: cbp@onemainfinancial.com Aug 17 2019 02:24:19     One Main Financial,
              Bankruptcy Dept.,   PO Box 140489,   Irving, TX 75014-0489
14989027     E-mail/PDF: cbp@onemainfinancial.com Aug 17 2019 02:23:29     One Main Financial,
              12 Pine Grove Square,   Grove City, PA 16127
14990937    +E-mail/PDF: cbp@onemainfinancial.com Aug 17 2019 02:24:18     OneMain,   PO Box 3251,
              Evansville, IN 47731-3251
15033335     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2019 02:46:22
              Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14989181    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 17 2019 02:22:50
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15004825    +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 17 2019 02:28:43     Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
15015012     E-mail/Text: bnc-quantum@quantum3group.com Aug 17 2019 02:28:23
              Quantum3 Group LLC as agent for,   GPCC I LLC,   PO Box 788,   Kirkland, WA  98083-0788
15015768     E-mail/Text: bnc-quantum@quantum3group.com Aug 17 2019 02:28:24
              Quantum3 Group LLC as agent for,   JHPDE Finance 1 LLC,   PO Box 788,
              Kirkland, WA  98083-0788
14989028     E-mail/Text: bankruptcyteam@quickenloans.com Aug 17 2019 02:28:44     Quicken Loans,
              1050 Woodward Ave.,   Detroit, MI 48226-1906
14997800    +E-mail/Text: bankruptcyteam@quickenloans.com Aug 17 2019 02:28:44     Quicken Loans,
              635 Woodward Avenue,   Detroit, MI 48226-3408
14989029    +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2019 02:22:50     SYNB/Lowes,   PO Box 965005,
              Orlando, FL 32896-5005
14989030    +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2019 02:24:21     SYNCB/Amazon,   PO Box 965015,
              Orlando, FL 32896-5015
14989031     E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2019 02:23:31     SYNCB/Home Design,
              PO Box 965036,   Orlando, FL 32896-5036

```
District/off: 0315-1           User: llea              Page 2 of 2              Date Rcvd: Aug 16, 2019
                               Form ID: pdf900         Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15033715        +E-mail/Text: bncmail@w-legal.com Aug 17 2019 02:28:40      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
14989032         E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2019 02:24:21     Walmart/Synchrony Bank,
                 PO Box 530927,   Atlanta, GA 30353-0927
                                                                                TOTAL: 26
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Quicken Loans Inc.
cr*             +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
15071320*        Quicken Loans,   1050 Woodward Ave.,   Detroit, MI 48226-1906
14997803*       +Quicken Loans Inc.,   635 Woodward Avenue,   Detroit, MI 48226-3408
14989011        ##American Express,   P.O. Box 360001,   Ft. Lauderdale, FL 33336-0001
                                                                          TOTALS: 1, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2019 at the address(es) listed below:
```
        David J. Graban   on behalf of Debtor Michael J. Colello graban@verizon.net
        James Warmbrodt   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        William E. Craig   on behalf of Creditor   Santander Consumer USA Inc., d/b/a Chrysler Capital
         ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                          TOTAL: 5
```