Form 213

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Michael J. Colello**
   Debtor(s)

Bankruptcy Case No.: 19–10094–TPA
Related to Docket No. 54
Chapter: 13
Docket No.: 55 – 54
Concil. Conf.: 5/5/20 at 11:30 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **April 3, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **April 24, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **5/5/20** at **11:30 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: February 18, 2020

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 19-10094-TPA
Michael J. Colello                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: jmar         Page 1 of 2         Date Rcvd: Feb 18, 2020
                       Form ID: 213        Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2020.

```
db          +Michael J. Colello,    3020 Maplewood Drive,    Sharpsville, PA 16150-9252
cr          +Santander Consumer USA Inc., d/b/a Chrysler Capita,    P.O. Box 961275,
              Fort Worth, TX 76161-0275
15005379     American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
              Malvern PA 19355-0701
14989016    ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
              (address filed with court: Chrysler Financial,     P.O. Box 9001921,    Louisville, KY 40290-1921)
14989017    ++CITIBANK,    PO BOX 6043,    SIOUX FALLS SD 57117-6043
              (address filed with court: Citi,     P.O. Box 183041,    Columbus, OH 43218-3041)
14989014     Chase,    P.O. Box 15153,    Wilmington, DE 19886-5153
15025434    +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14989015    +Chase Card,    201 N. Walnut St/DE1-1027,    Wilmington, DE 19801-2901
14996497    +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
14989052    +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14989018     Credit Acceptance Corporation,    P.O. Box 5070,    Southfield, MI 48086-5070
14989023     First Premier Bank,    P.O. box 5147,    Sioux Falls, SD 57117-5147
14989025    #+National Debt Relief,    11 Broadway STE 1600,    New York, NY 10004-1462
15071321     Santander Consumer USA,    Attn: Bankruptcy Department,    PO Box 560284,    Dallas, TX 75356-0284
15026805     UPMC Health Services,    PO Box 1123,    Minneapolis MN 55440-1123
15026766     UPMC Physician Services,    PO Box 1123,    Minneapolis MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14989012    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 19 2020 03:10:41     Capital One,
              P.O. Box 30281,    Salt Lake City, UT 84130-0281
14989013     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 19 2020 03:10:55
              Capital One Bank (USA) NA,    P.O. Box 6492,    Carol Stream, IL 60197-6492
14998628     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 19 2020 03:11:12
              Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
              Charlotte, NC 28272-1083
14989019     E-mail/PDF: creditonebknotifications@resurgent.com Feb 19 2020 03:11:00     Credit One Bank,
              P.O. Box 60500,    City Of Industry, CA 91716-0500
14989020     E-mail/Text: mrdiscen@discover.com Feb 19 2020 03:11:42      Discover,    P.O. Box 15251,
              Wilmington, DE 19886-5251
14989021     E-mail/Text: mrdiscen@discover.com Feb 19 2020 03:11:42      Discover Bank,    PO Box 15316,
              ATT:CMS/PROD DEVELOP,    Wilmington, DE 19850-5316
14991200     E-mail/Text: mrdiscen@discover.com Feb 19 2020 03:11:42      Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14989022     E-mail/Text: bnc-bluestem@quantum3group.com Feb 19 2020 03:12:31      Fingerhut,    P.O. Box 166,
              Newark, NJ 07101-0166
14989024     E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 03:10:37      JC Penney,    Bankruptcy Dept.,
              P.O. Box 533,    Dallas, TX 75221
15006198     E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 19 2020 03:12:20      Jefferson Capital Systems LLC,
              Po Box 7999,    Saint Cloud Mn 56302-9617
15160159     E-mail/PDF: resurgentbknotifications@resurgent.com Feb 19 2020 03:11:02     LVNV Funding LLC,
              PO Box 10587,    Greenville, SC 29603-0587
15012617    +E-mail/Text: bankruptcydpt@mcmcg.com Feb 19 2020 03:12:10      MIDLAND FUNDING LLC,
              PO Box 2011,    Warren, MI 48090-2011
14989026     E-mail/PDF: cbp@onemainfinancial.com Feb 19 2020 03:10:36      One Main Financial,
              Bankruptcy Dept.,    PO Box 140489,    Irving, TX 75014-0489
14989027     E-mail/PDF: cbp@onemainfinancial.com Feb 19 2020 03:11:08      One Main Financial,
              12 Pine Grove Square,    Grove City, PA 16127
14990937    +E-mail/PDF: cbp@onemainfinancial.com Feb 19 2020 03:10:37      OneMain,    PO Box 3251,
              Evansville, IN 47731-3251
15033335     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 19 2020 03:25:20
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14989181    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 19 2020 03:11:16
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15004825    +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 19 2020 03:12:20      Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
15015012     E-mail/Text: bnc-quantum@quantum3group.com Feb 19 2020 03:11:55
              Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA 98083-0788
15015768     E-mail/Text: bnc-quantum@quantum3group.com Feb 19 2020 03:11:55
              Quantum3 Group LLC as agent for,    JHPDE Finance 1 LLC,    PO Box 788,
              Kirkland, WA 98083-0788
14989028     E-mail/Text: bankruptcyteam@quickenloans.com Feb 19 2020 03:12:24      Quicken Loans,
              1050 Woodward Ave.,    Detroit, MI 48226-1906
14997800    +E-mail/Text: bankruptcyteam@quickenloans.com Feb 19 2020 03:12:24      Quicken Loans,
              635 Woodward Avenue,    Detroit, MI 48226-3408
14989029    +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 03:11:10      SYNB/Lowes,    PO Box 965005,
              Orlando, FL 32896-5005
14989030    +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 03:10:53      SYNCB/Amazon,    PO Box 965015,
              Orlando, FL 32896-5015
```

```
District/off: 0315-1          User: jmar                  Page 2 of 2                   Date Rcvd: Feb 18, 2020
                              Form ID: 213                Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14989031       E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 03:10:53      SYNCB/Home Design,
                 PO Box 965036,    Orlando, FL 32896-5036
15033715      +E-mail/Text: bncmail@w-legal.com Feb 19 2020 03:12:18      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14989032       E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2020 03:10:38      Walmart/Synchrony Bank,
                 PO Box 530927,    Atlanta, GA 30353-0927
                                                                                              TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Quicken Loans Inc.
cr*             +LVNV Funding LLC,   PO Box 10587,   Greenville, SC 29603-0587
cr              +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15071320*        Quicken Loans,   1050 Woodward Ave.,   Detroit, MI 48226-1906
14997803*       +Quicken Loans Inc.,   635 Woodward Avenue,   Detroit, MI 48226-3408
14989011        ##American Express,   P.O. Box 360001,   Ft. Lauderdale, FL 33336-0001
                                                                                   TOTALS: 1, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2020 at the address(es) listed below:
              David J. Graban    on behalf of Debtor Michael J. Colello    graban@verizon.net
              James Warmbrodt     on behalf of Creditor   Quicken Loans Inc.    bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor   Santander Consumer USA Inc., d/b/a Chrysler Capital
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 5
```