UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 19-10094
Michael J. Colello. :
Debtor(s) :
:
Michael J. Colello : Chapter 13
:
Movant(s), :
:
vs. :
Dalko Resources, Inc. :
Respondent :

## CERTIFICATE OF SERVICE FOR ORDER DATED MARCH 3, 2020 AND LOCAL FORM 12

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 17, 2020.

The type(s) of service made on the parties was first class mail and email.
Executed on: 3/17/2020

Dalko Resources, Inc.
PO Box 98
99 Canal Street
Sharpsville, PA 16150

/s/ David J. Graban
David J. Graban
5569 East State Street
Hermitage, PA 16148
724-981-0620
PA ID 18136