Case 19-10094-TPA    Doc 63    Filed 05/12/20    Entered 05/12/20 13:44:48    Desc Main
Document    Page 1 of 1

FILED
5/12/20 1:43 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

Debtor: Michael J. Colello

Case Number: 19-10094-TPA    (Chapter 13)
Date / Time / Room: 05/05/2020 11:30 am / Bankruptcy Courtroom
Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**   #54 - Trustee's Certificate of Default to Dismiss
#60 - Resp. by Debtor (FC)

**Appearances:**

Debtor:    Graban
Trustee:   Winnecour / Katz / DeSimone
Creditor:

**Proceedings:**

Recommended Outcome:

1. _ Case Converted to Chapter 7
2. _ Case Converted to Chapter 11
3. _ Case Dismissed without Prejudice
4. _ Case Dismissed with Prejudice
5. _ Debtor is to inform Court within _____ Days their preference to Convert or Dismiss
6. _ The plan payment/term is increased/extended to _____, effective _____.
7. _ Plan/Motion continued to _____ at _____ _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 5-29-20
   Objections are due on or before 6-19-20 .
   A hearing on the Amended is set for 7-7-20 at 11:00 .
9. _ Other:
   COD continued

**For Judge Agresti cases:**
Student Loan Debt: If the pro rata or timing of the proposed plan payment on student loan debt differs in any respect to that of the unsecured debt in the case, describe such differences and reasons for disparate treatment: