**Form 309**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Michael J. Colello** | : | Case No. 19–10094–TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 25th of June, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1)   The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 19-10094-TPA
Michael J. Colello                                              Chapter 13
       Debtor

**CERTIFICATE OF NOTICE**

District/off: 0315-1          User: jmar              Page 1 of 2          Date Rcvd: Jun 25, 2020
                             Form ID: 309            Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2020.
db           +Michael J. Colello,   3020 Maplewood Drive,    Sharpsville, PA 16150-9252
14989017     ++CITIBANK,   PO BOX 6043,    SIOUX FALLS SD 57117-6043
             (address filed with court: Citi,    P.O. Box 183041,    Columbus, OH 43218-3041)
15025434     +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
             6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14989025     #+National Debt Relief,   11 Broadway STE 1600,    New York, NY 10004-1462
15026805      UPMC Health Services,   PO Box 1123,    Minneapolis MN 55440-1123
15026766      UPMC Physician Services,   PO Box 1123,    Minneapolis MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +EDI: CHRM.COM Jun 26 2020 07:28:00      Santander Consumer USA Inc., d/b/a Chrysler Capita,
             P.O. Box 961275,    Fort Worth, TX 76161-0275
14989011      EDI: AMEREXPR.COM Jun 26 2020 07:28:00      American Express,   P.O. Box 360001,
             Ft. Lauderdale, FL 33336-0001
15005379      EDI: BECKLEE.COM Jun 26 2020 07:28:00      American Express National Bank,
             c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
14989016      EDI: LCITDAUTO Jun 26 2020 07:28:00      Chrysler Financial,   P.O. Box 9001921,
             Louisville, KY 40290-1921
14989012     +EDI: CAPITALONE.COM Jun 26 2020 07:28:00      Capital One,   P.O. Box 30281,
             Salt Lake City, UT 84130-0281
14989013      EDI: CAPITALONE.COM Jun 26 2020 07:28:00      Capital One Bank (USA) NA,   P.O. Box 6492,
             Carol Stream, IL 60197-6492
14998628      EDI: CAPITALONE.COM Jun 26 2020 07:28:00      Capital One Bank (USA), N.A.,
             by American InfoSource as agent,    PO Box 71083,    Charlotte, NC  28272-1083
14996497     +EDI: CHRM.COM Jun 26 2020 07:28:00      Chrysler Capital,   PO Box 961275,
             Fort Worth, TX 76161-0275
14989052     +E-mail/Text: ebnnotifications@creditacceptance.com Jun 26 2020 03:47:30      Credit Acceptance,
             25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
14989018      E-mail/Text: ebnnotifications@creditacceptance.com Jun 26 2020 03:47:30
             Credit Acceptance Corporation,    P.O. Box 5070,    Southfield, MI 48086-5070
14989019      E-mail/PDF: creditonebknotifications@resurgent.com Jun 26 2020 03:49:33      Credit One Bank,
             P.O. Box 60500,    City Of Industry, CA 91716-0500
14989020      EDI: DISCOVER.COM Jun 26 2020 07:28:00      Discover,   P.O. Box 15251,
             Wilmington, DE 19886-5251
14989021      EDI: DISCOVER.COM Jun 26 2020 07:28:00      Discover Bank,   PO Box 15316,
             ATT:CMS/PROD DEVELOP,    Wilmington, DE 19850-5316
14991200      EDI: DISCOVER.COM Jun 26 2020 07:28:00      Discover Bank,   Discover Products Inc,
             PO Box 3025,    New Albany, OH  43054-3025
14989022      EDI: BLUESTEM Jun 26 2020 07:28:00      Fingerhut,   P.O. Box 166,    Newark, NJ 07101-0166
14989023      EDI: AMINFOFP.COM Jun 26 2020 07:28:00      First Premier Bank,   P.O. box 5147,
             Sioux Falls, SD 57117-5147
14989024      EDI: RMSC.COM Jun 26 2020 07:28:00      JC Penney,   Bankruptcy Dept.,   P.O. Box 533,
             Dallas, TX 75221
15006198      EDI: JEFFERSONCAP.COM Jun 26 2020 07:28:00      Jefferson Capital Systems LLC,   Po Box 7999,
             Saint Cloud Mn 56302-9617
14989014      EDI: JPMORGANCHASE Jun 26 2020 07:28:00      Chase,   P.O. Box 15153,
             Wilmington, DE 19886-5153
14989015      EDI: JPMORGANCHASE Jun 26 2020 07:28:00      Chase Card,   201 N. Walnut St/DE1-1027,
             Wilmington, DE 19801
15160159      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 26 2020 03:49:37      LVNV Funding LLC,
             PO Box 10587,    Greenville, SC 29603-0587
15012617     +EDI: MID8.COM Jun 26 2020 07:28:00      MIDLAND FUNDING LLC,   PO Box 2011,
             Warren, MI 48090-2011
14989026      EDI: AGFINANCE.COM Jun 26 2020 07:28:00      One Main Financial,   Bankruptcy Dept.,
             PO Box 140489,    Irving, TX 75014-0489
14989027      EDI: AGFINANCE.COM Jun 26 2020 07:28:00      One Main Financial,   12 Pine Grove Square,
             Grove City, PA 16127
14990937     +EDI: AGFINANCE.COM Jun 26 2020 07:28:00      OneMain,   PO Box 3251,    Evansville, IN 47731-3251
15033335      EDI: PRA.COM Jun 26 2020 07:28:00      Portfolio Recovery Associates, LLC,   POB 12914,
             Norfolk VA 23541
14989181     +EDI: PRA.COM Jun 26 2020 07:28:00      PRA Receivables Management, LLC,   PO Box 41021,
             Norfolk, VA 23541-1021
15004825     +EDI: JEFFERSONCAP.COM Jun 26 2020 07:28:00      Premier Bankcard, Llc,
             Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
15015012      EDI: Q3G.COM Jun 26 2020 07:28:00      Quantum3 Group LLC as agent for,   GPCC I LLC,
             PO Box 788,    Kirkland, WA  98083-0788
15015768      EDI: Q3G.COM Jun 26 2020 07:28:00      Quantum3 Group LLC as agent for,   JHPDE Finance 1 LLC,
             PO Box 788,    Kirkland, WA  98083-0788
14989028      E-mail/Text: bankruptcyteam@quickenloans.com Jun 26 2020 03:48:29      Quicken Loans,
             1050 Woodward Ave.,    Detroit, MI 48226-1906
14997800     +E-mail/Text: bankruptcyteam@quickenloans.com Jun 26 2020 03:48:29      Quicken Loans,
             635 Woodward Avenue,    Detroit, MI 48226-3408
14989029     +EDI: RMSC.COM Jun 26 2020 07:28:00      SYNB/Lowes,   PO Box 965005,    Orlando, FL 32896-5005
14989030     +EDI: RMSC.COM Jun 26 2020 07:28:00      SYNCB/Amazon,   PO Box 965015,    Orlando, FL 32896-5015

```
District/off: 0315-1          User: jmar            Page 2 of 2              Date Rcvd: Jun 25, 2020
                              Form ID: 309          Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14989031        EDI: RMSC.COM Jun 26 2020 07:28:00      SYNCB/Home Design,   PO Box 965036,
                 Orlando, FL 32896-5036
15033715       +E-mail/Text: bncmail@w-legal.com Jun 26 2020 03:48:17      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
15071321        EDI: DRIV.COM Jun 26 2020 07:28:00      Santander Consumer USA,   Attn: Bankruptcy Department,
                 PO Box 560284,   Dallas, TX 75356-0284
14989032        EDI: RMSC.COM Jun 26 2020 07:28:00      Walmart/Synchrony Bank,   PO Box 530927,
                 Atlanta, GA 30353-0927
                                                                                    TOTAL: 38


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
cr*            +LVNV Funding LLC,   PO Box 10587,   Greenville, SC 29603-0587
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15071320*       Quicken Loans,   1050 Woodward Ave.,   Detroit, MI 48226-1906
14997803*      +Quicken Loans Inc.,   635 Woodward Avenue,   Detroit, MI 48226-3408
                                                                      TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2020 at the address(es) listed below:
```
           David J. Graban   on behalf of Debtor Michael J. Colello graban@verizon.net
           James Warmbrodt   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
           Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
           William E. Craig   on behalf of Creditor   Santander Consumer USA Inc., d/b/a Chrysler Capital
            ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                              TOTAL: 5
```