UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 19-10094
Michael J. Colello : Chapter 13
:
Debtor(s) : Related to Document No. 67
:
Michael J. Colello :
:
Movant(s), :
:
vs. :
No Respondent(s) :
Respondent(s)

ORDER OF COURT

AND NOW, this __10th__ day of July, 2020, upon receipt of the foregoing Motion To Reconsider Order Dismissing Case, it is hereby Ordered and Decreed as follows:

1. The Order Dismissing Case without Prejudice is reconsidered and Counsel will now comply with Court Order.

2. On or before *July 16, 2020*, an Amended Plan is to be filed or case will be dismissed without further notice or hearing.

Thomas P. Agresti, Judge    jlm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-10094-TPA
Michael J. Colello                                                    Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: culy              Page 1 of 2              Date Rcvd: Jul 10, 2020
                               Form ID: pdf900         Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2020.
```
db         +Michael J. Colello,   3020 Maplewood Drive,   Sharpsville, PA 16150-9252
cr         +Santander Consumer USA Inc., d/b/a Chrysler Capita,   P.O. Box 961275,
             Fort Worth, TX 76161-0275
15005379    American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
             Malvern  PA 19355-0701
14989016   ++CHRYSLER FINANCIAL,   27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,   P.O. Box 9001921,   Louisville, KY 40290-1921)
14989017   ++CITIBANK,   PO BOX 6043,   SIOUX FALLS SD 57117-6043
             (address filed with court: Citi,   P.O. Box 183041,   Columbus, OH 43218-3041)
15025434   +Chase Bank USA, N.A.,   c/o Robertson, Anschutz & Schneid, P.L.,
             6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
14996497   +Chrysler Capital,   PO Box 961275,   Fort Worth, TX 76161-0275
14989023    First Premier Bank,   P.O. box 5147,   Sioux Falls, SD 57117-5147
15071321    Santander Consumer USA,   Attn: Bankruptcy Department,   PO Box 560284,   Dallas, TX 75356-0284
15026805    UPMC Health Services,   PO Box 1123,   Minneapolis MN 55440-1123
15026766    UPMC Physician Services,   PO Box 1123,   Minneapolis MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14989012   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2020 03:45:38      Capital One,
             P.O. Box 30281,   Salt Lake City, UT 84130-0281
14989013    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2020 03:46:25
             Capital One Bank (USA) NA,    P.O. Box 6492,   Carol Stream, IL 60197-6492
14998628    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 11 2020 03:44:57
             Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
             Charlotte, NC  28272-1083
14989052   +E-mail/Text: ebnnotifications@creditacceptance.com Jul 11 2020 03:47:06      Credit Acceptance,
             25505 West Twelve Mile Rd,   Suite 3000,   Southfield MI 48034-8331
14989018    E-mail/Text: ebnnotifications@creditacceptance.com Jul 11 2020 03:47:06
             Credit Acceptance Corporation,   P.O. Box 5070,   Southfield, MI 48086-5070
14989019    E-mail/PDF: creditonebknotifications@resurgent.com Jul 11 2020 03:44:59      Credit One Bank,
             P.O. Box 60500,   City Of Industry, CA 91716-0500
14989020    E-mail/Text: mrdiscen@discover.com Jul 11 2020 03:47:07      Discover,   P.O. Box 15251,
             Wilmington, DE 19886-5251
14989021    E-mail/Text: mrdiscen@discover.com Jul 11 2020 03:47:07      Discover Bank,   PO Box 15316,
             ATT:CMS/PROD DEVELOP,   Wilmington, DE 19850-5316
14991200    E-mail/Text: mrdiscen@discover.com Jul 11 2020 03:47:07      Discover Bank,
             Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14989022    E-mail/Text: bnc-bluestem@quantum3group.com Jul 11 2020 03:47:54      Fingerhut,   P.O. Box 166,
             Newark, NJ 07101-0166
14989024    E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2020 03:46:20      JC Penney,   Bankruptcy Dept.,
             P.O. Box 533,   Dallas, TX 75221
15006198    E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 11 2020 03:47:47      Jefferson Capital Systems LLC,
             Po Box 7999,   Saint Cloud Mn 56302-9617
14989014    E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 11 2020 03:46:23      Chase,
             P.O. Box 15153,   Wilmington, DE 19886-5153
14989015    E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 11 2020 03:46:23      Chase Card,
             201 N. Walnut St/DE1-1027,   Wilmington, DE 19801
15160159    E-mail/PDF: resurgentbknotifications@resurgent.com Jul 11 2020 03:45:05      LVNV Funding LLC,
             PO Box 10587,   Greenville, SC 29603-0587
15012617   +E-mail/Text: bankruptcydpt@mcmcg.com Jul 11 2020 03:47:35      MIDLAND FUNDING LLC,
             PO Box 2011,   Warren, MI 48090-2011
14989026    E-mail/PDF: cbp@onemainfinancial.com Jul 11 2020 03:46:18      One Main Financial,
             Bankruptcy Dept.,   PO Box 140489,   Irving, TX 75014-0489
14989027    E-mail/PDF: cbp@onemainfinancial.com Jul 11 2020 03:44:50      One Main Financial,
             12 Pine Grove Square,   Grove City, PA 16127
14990937   +E-mail/PDF: cbp@onemainfinancial.com Jul 11 2020 03:44:51      OneMain,   PO Box 3251,
             Evansville, IN 47731-3251
15033335    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2020 03:45:01
             Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14989181   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 11 2020 03:45:01
             PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15004825   +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 11 2020 03:47:47      Premier Bankcard, Llc,
             Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
15015012    E-mail/Text: bnc-quantum@quantum3group.com Jul 11 2020 03:47:25
             Quantum3 Group LLC as agent for,   GPCC I LLC,   PO Box 788,   Kirkland, WA  98083-0788
15015768    E-mail/Text: bnc-quantum@quantum3group.com Jul 11 2020 03:47:25
             Quantum3 Group LLC as agent for,   JHPDE Finance 1 LLC,   PO Box 788,
             Kirkland, WA  98083-0788
14989028    E-mail/Text: bankruptcyteam@quickenloans.com Jul 11 2020 03:47:49      Quicken Loans,
             1050 Woodward Ave.,   Detroit, MI 48226-1906
14997800   +E-mail/Text: bankruptcyteam@quickenloans.com Jul 11 2020 03:47:49      Quicken Loans,
             635 Woodward Avenue,   Detroit, MI 48226-3408
14989029   +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2020 03:46:20      SYNB/Lowes,   PO Box 965005,
             Orlando, FL 32896-5005
```

```
District/off: 0315-1           User: culy              Page 2 of 2                  Date Rcvd: Jul 10, 2020
                               Form ID: pdf900         Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14989030       +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2020 03:46:19     SYNCB/Amazon,   PO Box 965015,
                 Orlando, FL 32896-5015
14989031        E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2020 03:44:53     SYNCB/Home Design,
                 PO Box 965036,   Orlando, FL 32896-5036
15033715       +E-mail/Text: bncmail@w-legal.com Jul 11 2020 03:47:44     SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
14989032        E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2020 03:46:20     Walmart/Synchrony Bank,
                 PO Box 530927,   Atlanta, GA 30353-0927
                                                                                             TOTAL: 31

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
cr*            +LVNV Funding LLC,   PO Box 10587,   Greenville, SC 29603-0587
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15071320*       Quicken Loans,   1050 Woodward Ave.,   Detroit, MI 48226-1906
14997803*      +Quicken Loans Inc.,   635 Woodward Avenue,   Detroit, MI 48226-3408
14989011       ##American Express,   P.O. Box 360001,   Ft. Lauderdale, FL 33336-0001
14989025      ##+National Debt Relief,   11 Broadway STE 1600,   New York, NY 10004-1462
                                                                              TOTALS: 1, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2020 at the address(es) listed below:
```
              David J. Graban    on behalf of Debtor Michael J. Colello graban@verizon.net
              James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 5
```