Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Michael J. Colello** | : | Case No. 19−10094−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

   *AND NOW,* this ***The 20th of July, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

   (1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

   (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

   (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

   (4) The Clerk shall give notice to all creditors of this dismissal.

*[signature]*
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-10094-TPA
Michael J. Colello                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: jmar              Page 1 of 2           Date Rcvd: Jul 20, 2020
                               Form ID: 309           Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2020.
db          +Michael J. Colello,   3020 Maplewood Drive,   Sharpsville, PA 16150-9252
14989017    ++CITIBANK,   PO BOX 6043,   SIOUX FALLS SD 57117-6043
              (address filed with court: Citi,   P.O. Box 183041,   Columbus, OH 43218-3041)
15025434    +Chase Bank USA, N.A.,   c/o Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
15026805     UPMC Health Services,   PO Box 1123,   Minneapolis MN 55440-1123
15026766     UPMC Physician Services,   PO Box 1123,   Minneapolis MN 55440-1123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +EDI: CHRM.COM Jul 21 2020 08:43:00      Santander Consumer USA Inc., d/b/a Chrysler Capita,
              P.O. Box 961275,   Fort Worth, TX 76161-0275
14989011     EDI: AMEREXPR.COM Jul 21 2020 08:43:00      American Express,   P.O. Box 360001,
              Ft. Lauderdale, FL 33336-0001
15005379     EDI: BECKLEE.COM Jul 21 2020 08:43:00      American Express National Bank,
              c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
14989016     EDI: LCITDAUTO Jul 21 2020 08:43:00      Chrysler Financial,   P.O. Box 9001921,
              Louisville, KY 40290-1921
14989012    +EDI: CAPITALONE.COM Jul 21 2020 08:43:00      Capital One,   P.O. Box 30281,
              Salt Lake City, UT 84130-0281
14989013     EDI: CAPITALONE.COM Jul 21 2020 08:43:00      Capital One Bank (USA) NA,   P.O. Box 6492,
              Carol Stream, IL 60197-6492
14998628     EDI: CAPITALONE.COM Jul 21 2020 08:43:00      Capital One Bank (USA), N.A.,
              by American InfoSource as agent,   PO Box 71083,   Charlotte, NC  28272-1083
14996497    +EDI: CHRM.COM Jul 21 2020 08:43:00      Chrysler Capital,   PO Box 961275,
              Fort Worth, TX 76161-0275
14989052    +E-mail/Text: ebnnotifications@creditacceptance.com Jul 21 2020 05:11:30      Credit Acceptance,
              25505 West Twelve Mile Rd,   Suite 3000,   Southfield MI 48034-8331
14989018     E-mail/Text: ebnnotifications@creditacceptance.com Jul 21 2020 05:11:30
              Credit Acceptance Corporation,   P.O. Box 5070,   Southfield, MI 48086-5070
14989019     E-mail/PDF: creditonebknotifications@resurgent.com Jul 21 2020 05:15:08      Credit One Bank,
              P.O. Box 60500,   City Of Industry, CA 91716-0500
14989020     EDI: DISCOVER.COM Jul 21 2020 08:43:00      Discover,   P.O. Box 15251,
              Wilmington, DE 19886-5251
14989021     EDI: DISCOVER.COM Jul 21 2020 08:43:00      Discover Bank,   PO Box 15316,
              ATT:CMS/PROD DEVELOP,   Wilmington, DE 19850-5316
14991200     EDI: DISCOVER.COM Jul 21 2020 08:43:00      Discover Bank,   Discover Products Inc,
              PO Box 3025,   New Albany, OH  43054-3025
14989022     EDI: BLUESTEM Jul 21 2020 08:43:00      Fingerhut,   P.O. Box 166,   Newark, NJ 07101-0166
14989023     EDI: AMINFOFP.COM Jul 21 2020 08:43:00      First Premier Bank,   P.O. box 5147,
              Sioux Falls, SD 57117-5147
14989024     EDI: RMSC.COM Jul 21 2020 08:43:00      JC Penney,   Bankruptcy Dept.,   P.O. Box 533,
              Dallas, TX 75221
15006198     EDI: JEFFERSONCAP.COM Jul 21 2020 08:43:00      Jefferson Capital Systems LLC,   Po Box 7999,
              Saint Cloud Mn 56302-9617
14989014     EDI: JPMORGANCHASE Jul 21 2020 08:43:00      Chase,   P.O. Box 15153,
              Wilmington, DE 19886-5153
14989015     EDI: JPMORGANCHASE Jul 21 2020 08:43:00      Chase Card,   201 N. Walnut St/DE1-1027,
              Wilmington, DE 19801
15160159     E-mail/PDF: resurgentbknotifications@resurgent.com Jul 21 2020 05:15:12      LVNV Funding LLC,
              PO Box 10587,   Greenville, SC 29603-0587
15012617    +EDI: MID8.COM Jul 21 2020 08:43:00      MIDLAND FUNDING LLC,   PO Box 2011,
              Warren, MI 48090-2011
14989026     EDI: AGFINANCE.COM Jul 21 2020 08:43:00      One Main Financial,   Bankruptcy Dept.,
              PO Box 140489,   Irving, TX 75014-0489
14989027     EDI: AGFINANCE.COM Jul 21 2020 08:43:00      One Main Financial,   12 Pine Grove Square,
              Grove City, PA 16127
14990937    +EDI: AGFINANCE.COM Jul 21 2020 08:43:00      OneMain,   PO Box 3251,   Evansville, IN 47731-3251
15033335     EDI: PRA.COM Jul 21 2020 08:43:00      Portfolio Recovery Associates, LLC,   POB 12914,
              Norfolk VA 23541
14989181    +EDI: PRA.COM Jul 21 2020 08:43:00      PRA Receivables Management, LLC,   PO Box 41021,
              Norfolk, VA 23541-1021
15004825    +EDI: JEFFERSONCAP.COM Jul 21 2020 08:43:00      Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
15015012     EDI: Q3G.COM Jul 21 2020 08:43:00      Quantum3 Group LLC as agent for,   GPCC I LLC,
              PO Box 788,   Kirkland, WA  98083-0788
15015768     EDI: Q3G.COM Jul 21 2020 08:43:00      Quantum3 Group LLC as agent for,   JHPDE Finance 1 LLC,
              PO Box 788,   Kirkland, WA  98083-0788
14989028     E-mail/Text: bankruptcyteam@quickenloans.com Jul 21 2020 05:12:43      Quicken Loans,
              1050 Woodward Ave.,   Detroit, MI 48226-1906
14997800    +E-mail/Text: bankruptcyteam@quickenloans.com Jul 21 2020 05:12:43      Quicken Loans,
              635 Woodward Avenue,   Detroit, MI 48226-3408
14989029    +EDI: RMSC.COM Jul 21 2020 08:43:00      SYNB/Lowes,   PO Box 965005,   Orlando, FL 32896-5005
14989030    +EDI: RMSC.COM Jul 21 2020 08:43:00      SYNCB/Amazon,   PO Box 965015,   Orlando, FL 32896-5015

```
District/off: 0315-1          User: jmar                 Page 2 of 2                  Date Rcvd: Jul 20, 2020
                              Form ID: 309               Total Noticed: 43


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14989031          EDI: RMSC.COM Jul 21 2020 08:43:00     SYNCB/Home Design,    PO Box 965036,
                   Orlando, FL 32896-5036
15033715         +E-mail/Text: bncmail@w-legal.com Jul 21 2020 05:12:32       SYNCHRONY BANK,
                   c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
15071321          EDI: DRIV.COM Jul 21 2020 08:43:00     Santander Consumer USA,    Attn: Bankruptcy Department,
                   PO Box 560284,    Dallas, TX 75356-0284
14989032          EDI: RMSC.COM Jul 21 2020 08:43:00     Walmart/Synchrony Bank,    PO Box 530927,
                   Atlanta, GA 30353-0927
                                                                                                TOTAL: 38

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                Quicken Loans Inc.
cr*              +LVNV Funding LLC,    PO Box 10587,   Greenville, SC 29603-0587
cr*              +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
15071320*         Quicken Loans,    1050 Woodward Ave.,    Detroit, MI 48226-1906
14997803*        +Quicken Loans Inc.,    635 Woodward Avenue,    Detroit, MI 48226-3408
14989025       ##+National Debt Relief,    11 Broadway STE 1600,    New York, NY 10004-1462
                                                                                   TOTALS: 1, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2020 at the address(es) listed below:
              David J. Graban    on behalf of Debtor Michael J. Colello graban@verizon.net
              James Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler Capital
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 5
```