**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

MICHAEL J. COLELLO

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:19-10094 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/03/2019 and confirmed on 08/16/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 15,061.94 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 15,061.94 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 811.06 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 811.06 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 8,943.81 | 0.00 | 8,943.81 |
|     Acct: 9537 | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 957.61 | 0.00 | 0.00 | 0.00 |
|     Acct: 9537 | | | | |
|   SANTANDER CONSUMER USA D/B/A CHRY | 24,005.72 | 2,667.80 | 2,639.27 | 5,307.07 |
|     Acct: 4180 | | | | |
|   CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4290 | | | | |
| | | | | 14,250.88 |
| Priority | | | | |
|   DAVID J GRABAN ESQ* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL J. COLELLO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID J GRABAN ESQ* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\* \* \* N O N E \* \* \*

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| AMERICAN EXPRESS NATIONAL BANK<br>Acct: 1002 | 6,749.91 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE(*)<br>Acct: 2726 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 2687 | 2,510.54 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 4401 | 1,327.97 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE BANK USA NA(*)<br>Acct: 3830 | 2,501.45 | 0.00 | 0.00 | 0.00 |
| CHASE BANK USA NA(*)<br>Acct: 1178 | 1,650.01 | 0.00 | 0.00 | 0.00 |
| CHASE CARD SERVICES**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CHASE CARD SERVICES**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK**<br>Acct: 6363 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIBANK**<br>Acct: 8683 | 0.00 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 9004 | 2,820.69 | 0.00 | 0.00 | 0.00 |
| CREDIT ONE BANK<br>Acct: 1835 | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)<br>Acct: 4165 | 4,361.46 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>Acct: 9665 | 1,387.31 | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSON C<br>Acct: 2885 | 822.26 | 0.00 | 0.00 | 0.00 |
| JCPENNEY<br>Acct: 1510 | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONAL DEBT RELIEF<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL GROUP LLC(*)<br>Acct: 7720 | 9,112.69 | 0.00 | 0.00 | 0.00 |
| ONE MAIN FINANCIAL(*)<br>Acct: 6556 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT FOR JHP<br>Acct: 3517 | 1,105.87 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT FOR JHP<br>Acct: 0816 | 3,817.70 | 0.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC<br>Acct: 8089 | 2,897.66 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 3238 | 5,965.14 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 1510 | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES C WARMBRODT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PREMIER BANKCARD LLC; JEFFERSON C<br>Acct: 8948 | 614.56 | 0.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC - AGENT GPCC I L<br>Acct: 6854 | 300.05 | 0.00 | 0.00 | 0.00 |
| CHASE BANK USA NA(*) | 4,919.31 | 0.00 | 0.00 | 0.00 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|    Acct: 0176 | | | | |
|   UPMC PHYSICIAN SERVICES | 150.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0101 | | | | |
|   UPMC HEALTH SERVICES | 2,674.71 | 0.00 | 0.00 | 0.00 |
|    Acct: 0101 | | | | |
|   LVNV FUNDING LLC | 2,230.81 | 0.00 | 0.00 | 0.00 |
|    Acct: 0771 | | | | |

\* \* \* N O N E \* \* \*

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 14,250.88 |

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 24,963.33 |
| UNSECURED | 57,920.10 |

Date: 08/12/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com